**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

<u>First</u> Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: <u>Carlos Nodarse</u>          CO-DEBTOR: <u>Deysi Nodarse</u>          CASE NO.: <u>**11-13316-AJC**</u>

Last Four Digits of SS# <u>xxx-xx-9462</u>          Last Four Digits of SS# <u>xxx-xx-9463</u>

☐   This document is a plan summary.  Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of <u>60</u> months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

      A.   $ <u>316.12</u>        for months <u>1</u> to <u>23</u> ;

      B.   $ <u>331.14</u>        for months <u>24</u> to <u>60</u>  in order to pay the following creditors:

<u>Administrative</u>:          Attorney's Fee    $ <u>3,750.00 ($500.00) Motion to Value =$4,250.00</u>
                        TOTAL PAID     $ <u>2,800.00</u>
                        Balance Due     $ <u>1450.00</u>  payable $<u>63.04</u> month (Months <u>1</u> to <u>23</u> )

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)]  Mortgages(s)/Liens on Real or Personal Property:

1. <u>Wells Fargo Financial National Bank</u>          Total Due $ <u>1,500.00</u>
Address <u>4137 121st Street</u>                        Payment $ <u>65.22</u> /month  (Months <u>1</u> to <u>23</u> )
        <u>Urbandale, IA 50323</u>
        <u>Acct No. 174603395</u>

2. <u>Wells Fargo Financial National Bank</u>          Total Due $ <u>500.00</u>
Address: <u>POB 660431</u>                                Payment $ <u>13.52</u> /month  (Months <u>24</u> to <u>60</u> )
<u>Dallas, TX 75266-0431</u>
<u>Account Number: 176372830</u>

        **IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Citi Mortgage Loan#xxxxxx5497 Prop Address: 5352 W 20th Ct Hialeah, FL 33016 | Homestead Property $86,440.00 | 0% | N/A | N/A | N/A |

<u>Priority Creditors</u>:  [as defined in 11 U.S.C. §507]

1. <u>n/a</u>                              Total Due $<u>     </u>
                        Payable $<u>    </u>/month (Months <u>  </u> to <u> </u>)

<u>Unsecured Creditors</u>: Pay $ <u>156.25</u> month (Months <u>1</u> to <u>23</u> ); Pay $284.51/mo (Mos 24 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above :). <u>The debtor is paying Bank of America (Loan#xxxxxx0305) and Sun Trust (Loan#xxxxx9179) directly outside the plan. The debtors will provide copies of their income tax returns to the chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary. The debtors will modify their chapter 13 plan to provide for the distribution of funds recovered from his pending lawsuit, which are not exempt to the unsecured creditors. This modified plan begins in month 24, February, 2013</u>